CRIMINAL COMPLAINT

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Belinda Contreras-Iturbide**<br>DOB: 1998; Mexico Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**19-03648MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 7, 2019, at or near Amado, in the District of Arizona, **Belinda Contreras-Iturbide** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 7, 2019, at approximately 6:00 p.m., a shuttle bearing an Arizona license plate arrived at the United States Border Patrol Checkpoint located on Interstate 19 in Amado, Arizona. The shuttle drove over to the secondary inspection area, as it is routine for every shuttle van to be searched by Border Patrol Agents. During this inspection, agents noticed that one female passenger was sitting down while everyone else was standing up in front of her. The passenger was later identified as Belinda CONTRERAS-ITURBIDE. A female agent asked CONTRERAS-ITURBIDE for consent to search her person and CONTRERAS-ITURBIDE responded in the affirmative. The female agent searched CONTRERAS-ITURBIDE and felt a hard, irregular bulge in the breast area. When the agent touched the area again, CONTRERAS-ITURBIDE immediately put her head down and sighed. When the agent asked her what it was, CONTRERAS-ITURBIDE pulled out a cylindrical black package and said she didn't know. A representative sample of the contents of the packages was field tested and yielded positive results for the characteristics of fentanyl. The package of fentanyl weighed 236.4 grams fentanyl.

After waiving her *Miranda* rights, CONTRERAS-ITURBIDE said she met several men in Mexico who asked her to bring the drugs. CONTRERAS-ITURBIDE admitted she knew the package contained drugs and she was going to get paid $300 U.S. Dollars.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>KCH/am<br>AUTHORIZED AUSA *Kevin Hakala* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>SPECIAL AGENT |
|---|---|

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] *Leslie A. Bowman* | DATE<br>December 9, 2019 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54